AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| Lynne A. Cornett | **JUDGMENT IN A CIVIL CASE** |
|  | CASE NUMBER: 05-CV-515A |
| v. |  |
| Capital Management Services, Inc. |  |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff and against defendant for $1,500 with costs and reasonable attorney's fees to be set by the Court upon application by plaintiff.


Date: November 4, 2005                                       RODNEY C. EARLY,
                                                            CLERK

                                                    By:    s/Deborah M. Zeeb
                                                              Deputy Clerk